**STRAFFI & STRAFFI, LLC**
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
(732) 341-3548 (fax)
bkclient@straffilaw.com
Attorney for Debtor(s)

|  |  |
|---|---|
| In re:<br><br>Trautweiler, Craig<br>Trautweiler, Shawn<br><br>Debtor(s), | ) UNITED STATES BANKRUPTCY COURT<br>) FOR THE DISTRICT OF NEW JERSEY<br>)<br>) Chapter 13 proceeding<br>) Case No. 18-31573/KCF<br>)<br>) **NOTICE OF MOTION FOR ORDER**<br>) **AUTHORIZING LOAN MODIFICATION**<br>) **AGREEMENT**<br>)<br>) Hearing Date: June 12, 2019 @ 9:00 am<br>) **ORAL ARGUMENT WAIVED** |

To:        All parties on mailing list annexed hereto.

**PLEASE TAKE NOTICE** that Debtors, Craig Trautweiler and Shawn Trautweiler, shall move before the Honorable Kathryn C. Ferguson, United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey, on June 12, 2019 at 9:00 a.m. or at such sooner time as the Court may direct, for the entry of an Order authorizing Loan Modification of debtors' real property located at 604 Princeton Avenue, Brick, New Jersey 08724.

**PLEASE TAKE FURTHER NOTICE** that the movant shall rely upon the attached Certification.  No brief is submitted since no unique question of law exists;

**PLEASE TAKE FURTHER NOTICE** that if any party in interest objects to his Motion, a written objection must be filed with the Clerk of the United States Bankruptcy Court, United States Courthouse, 402 East State Street, Trenton, New Jersey 08608-1568, with a copy

of any such objection to be served on the undersigned. <u>All such objections</u> must be filed not later than <u>seven (7) days</u> before the <u>above hearing</u> date or such other time as the Court may direct; and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is enclosed.

Dated: May 9, 2019

/s/ Daniel E. Straffi, Jr.
_____
Daniel E. Straffi, Jr.

## MAILING LIST

US Trustee's Office
One Newark Street
Suite 2100
Newark, NJ 07102

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853
(Chapter 13 Trustee)

Craig & Shawn Trautweiler
604 Princeton Avenue
Brick, NJ 08724
(Debtors)

Wells Fargo Bank, NA
1000 Blue Gentian Road
Suite 300 MAC X9999-01N
Eagan, MN 55121
Attention: Officer, Managing or General Agent
(Secured Creditor)

Phelan, Hallinan, Diamond & Jones
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
(Attorney for Wells Fargo Bank, NA)